AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDREW LAMBERT SILICANI | ) | Case No. 15-MJ-13-F |
| | ) | |
| Defendant | ) | |

*FILED U.S. DISTRICT COURT DISTRICT OF WYOMING FEB 24 2015 11:76 a.m. Stephan Harris, Clerk Cheyenne*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   02/24/2015

*Defendant's signature*

*Signature of defendant's attorney*

James H. Barrett
*Printed name and bar number of defendant's attorney*

Federal Public Defender's Office
214 West Lincolnway, Suite 31-A
Cheyenne, WY  82001

*Address of defendant's attorney*

jim_barrett@fd.org
*E-mail address of defendant's attorney*

307/772-2781
*Telephone number of defendant's attorney*

307/772-2788
*FAX number of defendant's attorney*